UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE D. GLADNEY,<br>    Plaintiff,<br><br>-v-<br><br>SURELUCK HOMES LLC,<br>    Defendant. | No. 1:13-cv-462<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all claims against the named defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Tyrone D. Gladney.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  May 20, 2013                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge